[No. 9453-3-II. Division Two. December 14, 1987.]

ROSIE LANE OGDEN, as Personal Representative, ET AL., Appellants, v. PAUL SWEET, ET AL, Respondents.

Appeal from a judgment of the Superior Court for Lewis County, No. 83-2-00370-7, David R. Draper, J., entered December 13, 1985. Affirmed by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 9604-8-II. Division Two. December 14, 1987.]

THE FRATERNAL ORDER OF EAGLES, AERIE No. 3602, Respondent, v. EUGENE SMITH, ET AL, Appellants.

Appeal from a judgment of the Superior Court for Pacific County, No. 21842, Herbert E. Wieland, J., entered February 18, 1986. Affirmed by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 9400-2-II. Division Two. December 14, 1987.]

In the Matter of the Marriage of GARY A. LARSON, Appellant, and COLLEEN MAY LARSON, Respondent.

Appeal from a judgment of the Superior Court for Thurston County, No. 83-3-01147-8, George Darkenwald, J. Pro Tem., entered November 19, 1985. Affirmed by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.